**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: DALE A. GUSTAFSON | § | Case No. 09-74606 |
| LINDA J. GUSTAFSON | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/20/2009.

2) The plan was confirmed on 12/18/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/01/1900.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/06/2010.

5) The case was converted on 09/28/2010.

6) Number of months from filing or conversion to last payment: 6.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $64,930.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 2,100.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 2,100.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,315.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 155.62 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,470.62 |
| Attorney fees paid and disclosed by debtor: | $ 300.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY JACQUELINE | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,315.00 | 0.00 |
| CITIFINANCIAL | Sec | 5,000.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| DEKALB COUNTY COLLECTOR | Sec | 8,677.00 | 8,677.00 | 8,677.00 | 629.38 | 0.00 |
| JP MORGAN CHASE BANK NA | Sec | 6,000.00 | 11,128.19 | 6,000.00 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 215.00 | NA | NA | 0.00 | 0.00 |
| IRS DEPT. OF THE TREASURY | Pri | 1,050.00 | NA | NA | 0.00 | 0.00 |
| AFNNB / AMERICAN | Uns | 78.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL | Uns | 9,326.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ARC - DEKALB LLC | Uns | 46.00 | NA | NA | 0.00 | 0.00 |
| ATTORNEY THOMAS J. RUSSELL | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 5,000.00 | 5,186.55 | 5,186.55 | 0.00 | 0.00 |
| BANK ONE | Uns | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICE | Uns | 534.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 0.00 | 2,993.27 | 2,993.27 | 0.00 | 0.00 |
| CAPITAL ONE CREDIT CARD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Uns | 2,416.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CBE GROUP INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CCB CREDIT SERVICES | Uns | 2,416.00 | NA | NA | 0.00 | 0.00 |
| CHARMING SHOPPES / FASHION | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARDMEMBER SERVICE | Uns | 3,210.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Uns | 0.00 | 555.73 | 555.73 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 825.22 | 825.22 | 0.00 | 0.00 |
| COMED CO | Uns | 1,386.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS INTERCHANGE | Uns | 5,186.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY CIRCUIT CLERK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEKALB COUNTY SHERIFF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 3,172.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV | Uns | 208.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 0.00 | 2,416.79 | 2,416.79 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 0.00 | 2,480.24 | 2,480.24 | 0.00 | 0.00 |
| DISH NETWORK | Uns | 168.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Uns | 789.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE LAB PHYSICIANS SC | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| EQUIFAX | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EXPERIAN NCAC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG | Uns | 626.00 | NA | NA | 0.00 | 0.00 |
| FIRST USA BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FMS INC | Uns | 408.00 | NA | NA | 0.00 | 0.00 |
| GEMB / EXON MOBIL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB / JCP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HFC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE BNFL FINC | Uns | 6,732.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| INCHARGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 6,328.63 | 6,328.63 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,059.61 | 1,059.61 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INVESTMENT FUND LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IRS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| IRS DEPT OF THE TREASURY | Uns | 2,117.00 | NA | NA | 0.00 | 0.00 |
| IRS DEPT OF THE TREASURY | Uns | 4,850.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE COMMUNITY | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| KISHWAUKEE MEDICAL | Uns | 891.00 | NA | NA | 0.00 | 0.00 |
| LANE BRYANT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LYNNVILLE - SCOTT - WHITE ROCK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MADISON RADIOLOGY | Uns | 456.00 | 558.00 | 0.00 | 0.00 | 0.00 |
| MERITER HOSPITAL | Uns | 72.00 | NA | NA | 0.00 | 0.00 |
| MONROE CLINIC | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ASSET RECOVERY | Uns | 825.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL IMAGING ASSOCIATES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 156.00 | 765.72 | 765.72 | 0.00 | 0.00 |
| NORWEST FINANCE | Uns | 660.00 | NA | NA | 0.00 | 0.00 |
| OFFICE OF THE COMPTROLLER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 983.00 | 983.67 | 983.67 | 0.00 | 0.00 |
| PRAIRIE POINT OB/GYN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE MANAGEMENT | Uns | 79.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ADJUSTMENT BUR | Uns | 2,993.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 356.00 | 590.80 | 590.80 | 0.00 | 0.00 |
| ROUNDUP FUNDING | Uns | 494.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 891.00 | 925.21 | 925.21 | 0.00 | 0.00 |
| SEARS / CBSD | Uns | 483.00 | NA | NA | 0.00 | 0.00 |
| SHELL / CITI | Uns | 1,867.00 | NA | NA | 0.00 | 0.00 |
| SPIRIT OF AMERICA NATIONAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN ENDOCRINOLOGY & | Uns | 0.00 | 212.18 | 212.18 | 0.00 | 0.00 |
| SUBURBAN ENDOCRINOLOGY & | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 545.00 | 545.00 | 545.00 | 0.00 | 0.00 |
| TRANSUNION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TSYS DEBT MGT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Uns | 0.00 | 176.50 | 176.50 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF MALTA | Uns | 258.00 | NA | NA | 0.00 | 0.00 |
| WEINSTEIN & RILEY PS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL BANK | Uns | 596.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELTMAN, WEINBERG & REIS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WF FIN BANK | Uns | 727.00 | NA | NA | 0.00 | 0.00 |
| WFNNB / LANE BRYANT | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| A-TEC AMBULANCE | Uns | 286.00 | NA | NA | 0.00 | 0.00 |
| ARC DEKALB | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CBC | Uns | 538.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 1,594.00 | 1,606.03 | 1,606.03 | 0.00 | 0.00 |
| DEPT. OF REVENUE | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 2,470.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY SC | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 84.00 | 789.49 | 789.49 | 0.00 | 0.00 |
| MICHAEL J. MONFILS MD LLC | Uns | 22.00 | NA | NA | 0.00 | 0.00 |
| MONROE CLINIC | Uns | 630.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC. | Uns | 28.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST KIDNEY KARE | Uns | 17.00 | NA | NA | 0.00 | 0.00 |
| OSF MEDICAL CENTER | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRAIRIE POINT HEALTHCARE LTD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ST. ANTHONY MEDICAL CENTER | Uns | 17.00 | NA | NA | 0.00 | 0.00 |
| THOMAS MICHAELSEN DO LTD | Uns | 267.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 11,000.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 8,677.00 | $ 629.38 | $ 0.00 |
| **TOTAL SECURED:** | $ 19,677.00 | $ 629.38 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 6,328.63 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 6,328.63 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 22,112.01 | $ 0.00 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 1,470.62 |
| Disbursements to Creditors | $ 629.38 |
| **TOTAL DISBURSEMENTS:** | $ 2,100.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.


Date: <u>10/04/2010</u>　　　　　　By: <u>/s/ Lydia S. Meyer</u>
　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)